# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL SPRINGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPEEDWAY, LLC; WESTERN REFINING RETAIL, LLC; and DOES 1 to 50, inclusive, | Case No.: 5:21-CV-01737-SVW-SHK<br><br>**ORDER TO DISMISS THE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　September 10, 2021<br>Removal Filed:　October 14, 2021 |

IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation for Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and good cause appearing, this action is dismissed with prejudice as to all parties and all causes of action; each party to bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 9, 2022

　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　United States District Court Judge